# AFFIDAVIT OF SERVICE

| State of Wisconsin | County of | Eastern District Court |
|---|---|---|

Case Number: 2019CV001844

Plaintiff:
**THE ESTATE OF TY'RESE WEST BY DWIGHT PERSON**

vs.

Defendant:
**VILLAGE OF MOUNT PLEASANT POLICE OFFICER, SERGEANT ERIE GIESE**

For:
Strouse Law Offices
413 N. 2nd St. Suite 150
Milwaukee, WI 53203

Received by Badger Process Services, Inc. to be served on **SERGEANT ERIC GIESE, 8811 CAMPUS DRIVE, (MOUNT PLEASANT POLICE DEPARTMENT), MT. PLEASANT, RACINE County, WI 53406.**

I, Kevin Little, being duly sworn, depose and say that on the **20th day of January, 2020** at **9:45 pm, I:**

**PERSONALLY** served by delivering **Electronically Filed and Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **SERGEANT ERIC GIESE** at the address of: **8811 CAMPUS DRIVE, (MOUNT PLEASANT POLICE DEPARTMENT), MT. PLEASANT, RACINE County, WI 53406**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/10/2020  10:30 am  Attempted service at 8811 CAMPUS DRIVE, (MOUNT PLEASANT POLICE DEPARTMENT), MT. PLEASANT, WI 53406, Spoke to the Police Chief, Matt Soens, and he said that Sergeant Giese is a third shift officer. He gave me the phone for Shift Commander, 262-664-7988.
1/16/2020  2:20 pm  Attempted service at 8811 CAMPUS DRIVE, (MOUNT PLEASANT POLICE DEPARTMENT), MT. PLEASANT, WI 53406, Spoke to receptionist at the Police Station and left note.

**Description** of Person Served: Age: 46, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 240, Hair: Salt & Pepper, Glasses: N

**Service Fee Items:**

| | |
|---|---|
| OOC PERSONAL SERVICE | $45.00 |
| Total | $45.00 |

I the undersigned am an adult resident of the state over the age of 18 and not a party to the action.

Subscribed and Sworn to before me on the 23rd day of January, 2020 by the affiant who is personally known to me.

_____
Notary Public, State of Wisconsin, County of Waukesha

My Commission Expires: 4·14·20

**Kevin Little**

**Badger Process Services, Inc.**
262 W. Broadway, Suite #9
Waukesha, WI 53186
(262) 544-5450

Our Job Serial Number: EPO-2020000248

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c